IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT COURT OF ARKANSAS
JONESBORO DIVISION

CLARA MCMILLIAN                                                                                           PLAINTIFF

VS.                                            NO. 3:08-CV-17

UNION PACIFIC RAILROAD COMPANY and
SEA TRAIN LOGISTICS, LLC                                                              DEFENDANTS

CONSENT ORDER GRANTING EXTENSION OF TIME
WITHIN WHICH TO FILE ANSWER OR RESPONSE TO
UNION PACIFIC'S MOTION FOR SUMMARY JUDGMENT

On this date, came on for hearing Plaintiff, Clara McMillian's, Request by counsel, for an extension of time within which to respond or otherwise answer to Union Pacific's Motion for Summary Judgment from all of which, including the consent of Union Pacific Railroad Company, the Court finds said request to be proper and appropriate and grants the Plaintiff to and until April 18, 2008 within which to answer or otherwise respond to Union Pacific's Motion for Summary Judgment.

IT IS SO ORDERED this 17th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE