**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CLARA MCMILLIAN                                                                                      PLAINTIFF

v.                                           NO. 3:08CV00017 JLH

UNION PACIFIC RAILROAD COMPANY and
SEA TRAIN LOGISTICS, LLC                                                                     DEFENDANTS

**ORDER**

On January 15, 2009, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court gave notice that plaintiff's claims against Sea Train Logistics, LLC, would be dismissed without prejudice unless proof of service were filed on or before January 29, 2009, or the plaintiff established good cause for the failure to serve summons and complaint within 120 days after filing of the complaint. Counsel for the plaintiff has written the Court stating that he believes that it would be appropriate to dismiss Sea Train Logistics, LLC, without prejudice. Therefore, plaintiff's claims against Sea Train Logistics, LLC, are hereby dismissed without prejudice.

IT IS SO ORDERED this 20th day of January, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE