**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF ARKANSAS
JONESBORO DIVISION**

CLARA MCMILLIAN                                                                                       PLAINTIFF

v.                                               NO. 3:08CV00017 JLH

UNION PACIFIC RAILROAD COMPANY                                                      DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Union Pacific Railroad Company on the claims of Clara McMillian.  This action is dismissed with prejudice.

IT IS SO ORDERED this 21st day of January, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE